UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 9 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ANNA FORD, an individual,

      Plaintiff - Appellee,

  v.

ST. CHARLES HEALTH SYSTEM, INC.,
an Oregon corporation,

      Defendant - Appellant.

No. 24-2289

D.C. No.
3:23-cv-00871-AN

District of Oregon,
Portland

MANDATE

The judgment of this Court, entered July 18, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.


      FOR THE COURT:

      MOLLY C. DWYER
      CLERK OF COURT